UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JOHN CARR,

        Plaintiff

v.

SIEMENS DEMATIC CORP. and

AMEC CONSTRUCTION MANAGEMENT, INC.,

        Defendants

CIVIL ACTION NO. 05-10445MLW

### DEFENDANT SIEMENS DEMATIC CORP., LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS FORMALLY KNOWN AS SIEMENS DEMATIC CORP. AND THE UNDERSIGNED SIEMENS LOGISTICS AND ASSEMBLY SYSTEMS FORMALLY KNOWN AS SIEMENS DEMATIC CORP. REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
SIEMENS LOGISTICS AND ASSEMBLY
SYSTEMS FORMALLY KNOWN AS
SIEMENS DEMATIC CORP.,

*[signature]*
*Secretary*

By Its Attorneys,

*[signature]*
Maynard M. Kirpalani, BBO#273940
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

1851558.1

1