UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR,<br><br>    Plaintiff<br><br>v.<br><br>SIEMENS DEMATIC CORP. and<br><br>AMEC CONSTRUCTION MANAGEMENT, INC.,<br><br>    Defendants | CIVIL ACTION NO. 05-10445MLW |

## CORPORATE DISCLOSURE STATEMENT
## OF SIEMENS DEMATIC CORPORATION

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Siemens Dematic Corporation ("Siemens") submits the following as its Corporate Disclosure Statement:

  Siemens Dematic Corp. is now known as Siemens Logistics and Assembly Systems, Inc. Siemes Logistics and Assembly Systems, Inc. is a subsidiary of Siemens AG. Siemens AG is a company traded on the German Stock Exchange.

                Respectfully submitted,
                Siemens Dematic Corp.,
                By Its Attorneys,

                /s/ Carey Bertrand
                Maynard M. Kirpalani, BBO#273940
                Carey Bertrand, BBO#650496
                Wilson, Elser, Moskowitz,
                Edelman & Dicker, LLP
                155 Federal Street
                Boston, MA 02110
                (617) 422-5300

## CERTIFICATE OF SERVICE

  I, Carey Bertrand, hereby certify that I have this 16th day of March 2005, served a copy by mailing same, postage prepaid of to all parties of record.

                /s/ Carey Bertrand
                Carey Bertrand

35485.1