UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JOHN CARR )
    Plaintiff )
)
v. ) CIVIL ACTION NO: 05-10445MLW
)
SIEMENS DEMATIC CORP. )
AND AMEC CONSTRUCTION )
MANAGEMENT, INC. )
    Defendants )

### PLAINTIFF JOHN CARR'S LOCAL RULE 16.4 CERTIFICATION

Pursuant to Rule 16.4 of the local rules of the U.S. District Court for the Eastern District Massachusetts, the undersigned Counsel for John Carr certify that I have conferred over the potential costs of litigation and litigation alternatives and have considered resolution of this litigation through the use of alternative dispute resolution.

Respectfully submitted,
John Carr

_____

By his attorney

_____
Brian C. Dever
BBO# 544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000

## CERTIFICATE OF SERVICE

I, Brian C. Dever, Esquire, of the law firm of Keches & Mallen, P.C., attorney for the plaintiffs in this action, hereby certify that on the 30 day of June, 2005, I forwarded a copy of the foregoing:

1. Plaintiff John Carr's Local Rule 16.4 Certification

by mailing, first class, postage prepaid, to the following counsel of record:

Maynard M. Kirpalani
Carey L. Bertrand
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110

*/s/ BCD*

Brian C. Dever, Esq.-BBO #544203
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA  02780
Tel. No: (508) 822-2000