UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOHN CARR,                    )
      Plaintiff,              )
                             )
      v.                      )        C.A. No. 05-10445-MLW
                             )
SIEMENS DEMATIC CORP., et al )
      Defendants.             )
```

ORDER

WOLF, D.J.                                    August 4, 2005

The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Collings, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Defendant informed the court of their consent. Plaintiff did not respond and is, therefore, deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Collings for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT