UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 05-10445MLW |
| ) | |
| SIEMENS DEMATIC CORP. ) | |
| AND AMEC CONSTRUCTION ) | |
| MANAGEMENT, INC. ) | |
|     Defendants ) | |

<b><u>NOTICE OF APPEARANCE</u></b>

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

    Please file my Notice of Appearance on behalf of the plaintiff, John Carr, in the above-entitled matter.

 

Respectfully submitted,
The Plaintiff,
By his Attorney,

_[signature]_
Daniel M. Surprenant
BBO# 634616
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
(508) 822-2000

CERTIFICATE OF SERVICE

I, Daniel M. Surprenant, of the Law Firm of Keches & Mallen, P.C., attorney for the Plaintiff in this action hereby certify that on the ____4____ day of _August_, 2005, I forwarded a copy of the foregoing:

1. Consent to Magistrate form; and
2. Notice of Appearance of Daniel M. Surprenant

by first class mail to the following counsel of record:

Maynard M. Kirpalani
Wilson, Elswer, Moskowitz, Edelman & Dicker, LLP
115 Federal Street, Boston, MA 02110

_____
Daniel M. Surprenant
BBO#: 634616
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA 02780
Tel. No: (508) 822-2000