UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR,<br><br>        Plaintiff,<br><br>v.<br><br>SIEMENS DEMATIC CORP., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10445-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF DEFENDANT AMEC CONSTRUCTION MANAGEMENT, INC.**

Defendant AMEC Construction Management, Inc. ("AMEC") hereby answers each numbered paragraph of Plaintiffs' Complaint as follows:

PARTIES

1. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 1 of the Complaint.

2. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Complaint.

3. The allegations in Paragraph 3 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

4. AMEC admits the allegations in Paragraph 4 of the Complaint.

5. The allegations in Paragraph 5 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC denies the allegations set forth therein.

6. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6 of the Complaint.

## COUNT I

7. AMEC repeats and incorporates herein by reference its responses to the allegations contained in Paragraphs 1-6 of the Complaint as if realleged herein.

8. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 8 of the Complaint.

9. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9 of the Complaint.

10. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10 of the Complaint.

11. The allegations in Paragraph 11 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

12. The allegations in Paragraph 12 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

## COUNT II

13. AMEC repeats and incorporates herein by reference its responses to the allegations contained in Paragraphs 1-12 of the Complaint as if realleged herein.

14. The allegations in Paragraph 14 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

15. The allegations in Paragraph 15 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

16. The allegations in Paragraph 16 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

17. The allegations in Paragraph 17 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

18. The allegations in Paragraph 18 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

19. The allegations in Paragraph 19 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

## COUNT III

20. AMEC repeats and incorporates herein by reference its responses to the allegations contained in Paragraphs 1-19 of the Complaint as if realleged herein.

21. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 21 of the Complaint.

22. The allegations in Paragraph 22 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

23. The allegations in Paragraph 23 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

24. The allegations in Paragraph 24 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

25. The allegations in Paragraph 25 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without

knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

26. The allegations in Paragraph 26 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

27. The allegations in Paragraph 27 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

## COUNT IV

28. AMEC repeats and incorporates herein by reference its responses to the allegations contained in Paragraphs 1-27 of the Complaint as if realleged herein.

29. AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the Complaint.

30. The allegations in Paragraph 30 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC denies the allegations set forth therein.

31. The allegations in Paragraph 31 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC denies the allegations set forth therein.

32. The allegations in Paragraph 32 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC denies the allegations set forth therein.

33. The allegations in Paragraph 33 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC denies the allegations set forth therein.

34. The allegations in Paragraph 34 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

35. The allegations in Paragraph 35 of the Complaint call for a legal conclusion to which no response is required. To the extent a response is required, AMEC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred, in whole or in part, by Plaintiff's comparative negligence.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable statutes of limitations.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred because Plaintiff's injuries were caused solely by the acts of third persons for whose conduct AMEC is not legally responsible.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by the doctrines of laches, estoppel, and unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

AMEC reserves all defenses that may exist but cannot now be determined because of the generality of the allegations in the complaint.

>AMEC CONSTRUCTION
>MANAGEMENT, INC.
>
>By its attorneys,
>
>/s/  Matthew M. Burke
>Matthew M. Burke (BBO # 557281)
>ROPES & GRAY LLP
>One International Place
>Boston, Massachusetts 02110
>(617) 951-7000

Dated: September 1, 2005