UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN CARR,　　　　　　　　　　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　Plaintiff,　　　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　v.　　　　　　　　　　　　　　）<br>　　　　　　　　　　　　　　　　）<br>SIEMENS DEMATIC CORP., et al.,　　　）<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　Defendants.　　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　　　　　　　　　　）<br>　　　　　　　　　　　　　　　　） | Civil Action No. 05-10445-RBC |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMEC CONSTRUCTION MANAGEMENT, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of the United States District Court for the District of Massachusetts, AMEC Construction Management, Inc. ("AMEC") states that it is a wholly-owned subsidiary of AMEC Holdings Inc. The ultimate parent of AMEC is AMEC plc, which is a company traded on the London Stock Exchange.

> AMEC CONSTRUCTION
> MANAGEMENT, INC.
>
> By its attorneys,
>
> /s/ Matthew M. Burke
> Matthew M. Burke (BBO # 557281)
> ROPES & GRAY LLP
> One International Place
> Boston, Massachusetts 02110
> (617) 951-7000

Dated: September 1, 2005

9807299_1.DOC