UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN CARR,<br><br>           Plaintiff,<br><br>v.<br><br>SIEMENS DEMATIC CORP., et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10445-RBC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT AMEC CONSTRUCTION MANAGEMENT, INC.'S
LOCAL RULE 16.1(D)(3) CERTIFICATION**

      Pursuant to Local Rule 16.1(d)(3), Defendant AMEC Construction Management, Inc. and its counsel hereby certify that they have conferred to establish a budget for the costs of the litigation and/or alternatives thereto and to consider the resolution of this litigation through alternative dispute resolution such as those outlined in Local Rule 16.4.

9809500_1.DOC

-2-

        /s/  Matthew M. Burke
        Matthew M. Burke (BBO # 557281)
        ROPES & GRAY LLP
        One International Place
        Boston, Massachusetts 02110
        (617) 951-7000


        /s/  Arlene Gwizd
        Arlene Gwizd

Dated:  September 6, 2005