# United States District Court
# District of Massachusetts

JOHN CARR,
        Plaintiff,

v.                               CIVIL ACTION NO. 05-10445-RBC

SIEMENS DEMATIC CORP.,
AMEC CONSTRUCTION
        MANAGEMENT, INC.,
        Defendants.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)    Automatic disclosures must be COMPLETED *on or before the close of business on Friday, October 7, 2005*.

(2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Wednesday, December 7, 2005;* responses, answers and/or objections shall be served *within*

*the time provided by the Federal Rules.*

(3)   Any pleadings to add parties to this litigation shall be filed and served *on or before the close of business on Wednesday, March 1, 2006.*

(4)   Counsel shall complete that discovery necessary to evaluate the case for settlement purposes *on or before the close of business on Wednesday, March 1, 2006.*

(5)   Any pleadings to alter the pleadings in this case (other than to add parties) shall be filed and served *on or before the close of business on Thursday, March 30, 2006.*

(6)   All other non-expert discovery shall be filed and/or served *on or before the close of business on Friday, July 14, 2006* and *COMPLETED on or before the close of business on Friday, August 26, 2006.*

(7)   The plaintiff shall serve a full and complete expert report *on or before the close of business on Monday, September 25, 2006;* the defendants shall serve fill and complete expert reports *on or before the close of business on Tuesday, November 7, 2006..*

(8)   The Court shall schedule a further conference in *March, 2006*. At the conference, the Court shall hear counsel as to (a) the status of the discovery,

and (b) whether the case should be referred for mediation.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 12, 2005.