UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR,<br><br>               Plaintiff<br><br>v.<br><br>SIEMENS DEMATIC CORP. and<br><br>AMEC CONSTRUCTION<br>MANAGEMENT, INC.,<br><br>             Defendants | CIVIL ACTION NO. 05-10445MLW |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly withdraw our appearance as counsel on behalf of the **Defendant Siemens Dematic Corp.** in the above-entitled matter.

Respectfully submitted,
SIEMENS DEMATIC CORP.
By Its Attorneys,

/s/ Carey Bertrand
Maynard M. Kirpalani, BBO#273940
Carey Bertrand, BBO#650496
Wilson, Elser, Moskowitz,
   Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Date: February 17, 2006

1

52358.1