UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR,<br><br>               Plaintiff,<br><br>v.<br><br>SIEMENS DEMATIC CORP. and<br>AMEC CONSTRUCTION<br>MANAGEMENT, INC.,<br><br>               Defendants. | CIVIL ACTION NO. 05-10445MLW |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned attorney on behalf of Defendant Siemens Dematic Corp.:

Respectfully submitted,

/s/Gabriel D. O'Malley
Gabriel D. O'Malley (BBO #651432)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (fax)

Attorney for Defendant Siemans Dematic Corp.

Dated: February 17, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2006.

/s/Gabriel D. O'Malley
Gabriel D. O'Malley