UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR,<br><br>    Plaintiff,<br><br>v.<br><br>SIEMENS DEMATIC CORP. and<br>AMEC CONSTRUCTION<br>MANAGEMENT, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 05-10445MLW |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter the appearance of the undersigned attorney on behalf of Defendant Siemens Dematic Corp.:

Respectfully submitted,

/s/Matthew M. Burke
Matthew M. Burke (BBO #557281)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000
(617) 951-7050 (fax)

Attorney for Defendant Siemans Dematic Corp.

Dated: February 17, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 17, 2006.

/s/Matthew M. Burke
Matthew M. Burke