UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR,<br><br>        Plaintiff,<br><br>v.<br><br>SIEMENS DEMATIC CORP., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10445-RBC<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING AMEC CONSTRUCTION MANAGEMENT, INC.'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH DISCOVERY REQUESTS

AND NOW, this ____ day of March 2006, it is hereby ordered that the AMEC Construction Management, Inc.'s ("AMEC") Motion to Compel Plaintiff to comply with discovery requests is **GRANTED**. Plaintiff is hereby ordered to respond to outstanding discovery requests and to otherwise comply in all respects with the Federal Rules of Civil Procedure. It is further ordered that Plaintiff has waived any objections he may have had to the pending discovery. Plaintiff is ordered to pay for legal fees and costs incurred by AMEC in bringing its Motion to Compel.

SO ORDERED:

                                                        Magistrate Judge Robert B. Collings