# United States District Court
# District of Massachusetts

JOHN CARR,
        Plaintiff,

v.                                        CIVIL ACTION NO. O5-10445-RBC

SIEMENS DEMATIC CORP, ET AL.,
        Defendants.

## *MEMORANDUM AND ORDER ON AMEC CONSTRUCTION MANAGEMENT, INC.'S MOTION TO COMPEL PLAINTIFF TO COMPLY WITH DISCOVERY REQUESTS (#21)*

COLLINGS, U.S.M.J.

No opposition having been filed, it is ORDERED that AMEC Construction Management, Inc.'s Motion to Compel Plaintiff to Comply with Discovery Requests (#21) be, and the same hereby is, ALLOWED.

The plaintiff John Carr is ORDERED, pursuant to Rule 37(a)(2),

Fed.R.Civ.P., to serve answers to the interrogatories propounded by AMEC, to serve responses to AMEC'S request for production of documents and to produce copies of all requested documents *on or before the close of business on Friday, April 28, 2006.*

*THE PLAINTIFF JOHN CARR HAS WAIVED ANY AND ALL OBJECTIONS HE MIGHT HAVE HAD TO THE INTERROGATORIES AND REQUESTS BY FAILING TO ASSERT SPECIFIC OBJECTIONS TO THE REQUESTS WITHIN THE TIME SET BY THE FEDERAL RULES OF CIVIL PROCEDURE.* See Local Rule 34.1(C)(1) (D. Mass.)

Failure to comply with the within Order shall result in the imposition of one or more of the sanctions set forth in Rule 37(b), Fed.R.Civ.P.

With respect to the claim for reasonable expenses, including attorney's fees, counsel for AMEC shall file and serve, *on or before the close of business Friday, April 28, 2006*, an affidavit or affidavits documenting the amount that AMEC will claim as the reasonable expenses, including attorney's fees, which AMEC incurred in obtaining the within Order.  The plaintiff John Carr is granted leave to file and serve a response/opposition to the amount claimed or any deficiencies in the supporting documentation *on or before the close of*

*business Friday, May 12, 2006.*

                                              */s/ Robert B. Collings*
                                              ROBERT B. COLLINGS
                                              United States Magistrate Judge

Date: April 5, 2006.