UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

JOHN CARR                            )
    Plaintiff                        )
                                     )
v.                                   )     CIVIL ACTION NO: 05-10445MLW
                                     )
SIEMENS DEMATIC CORP.                )
AND AMEC CONSTRUCTION                )
MANAGEMENT, INC.                     )
    Defendants                       )

ASSENTED TO MOTION TO THE PARTIES TO EXTEND THE DEADLINES TO FILE JOINT STATUS REPORT REGRADING MOTION NO. 26

Now come the parties in the above captioned matter and request that this Honorable Court extend the deadline to file a Joint Status Report with regard to Motion Number 26 from Monday, May 22, 2006 to Friday, May 26, 2006.  As grounds there to, the parties state as follows:

1.  On April 28, 2006 the parties appeared at a Status Conference and were ordered to file a Joint Status Report as to their agreement on Motion 26 by the close of business on Monday, May 22, 2006.

2.  Due to Plaintiff's counsel's trial schedule and a previously planned vacation, the parties have been unable to discuss this matter further and come to an agreement on which objections will be waived with regard to Plaintiff's responses to written discovery.

3.  Defense counsel has agreed that more time would be beneficial to reaching an agreement on objections to written discovery.

WHEREFORE, the parties respectfully request this Honorable Court extend the deadline from Monday, May 22, 2006 to Friday, May 26, 2003.

| | |
|---|---|
| The Plaintiff,<br>John Carr<br>By his attorney, | The Defendant<br>Siemens Dematic Corp.<br>By their attorney, |
| */s/ Brian C. Dever*<br>Brian C. Dever<br>BBO#544203<br>Daniel M. Surprenant<br>BBO #634616<br>Keches & Mallen, P.C.<br>122 Dean Street<br>Taunton, MA 02780<br>(508)-822-2000 | */s/ Carey L. Bertrand*<br>Maynard M. Kirpalani<br>BBO #273940<br>Carey L. Bertrand<br>BBO # 650496<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>155 Federal Street<br>Boston, MA 02110<br>(617) 422-5300 |

The Defendant,
Amec Construction Management, Inc.
By its attorney,

*/s/ Matthew M. Burke*
Matthew M. Burke
BBO # 557281
Ropes & Gray
1 International Place
Boston, MA
(617) 951-7000

**SO ORDERED BY THE COURT**:

_____
U.S.D.C.J.