

ROPES & GRAY LLP

45 ROCKEFELLER PLAZA   NEW YORK, NY 10111-0087   212-841-5700   F 212-841-5725

BOSTON   NEW YORK   SAN FRANCISCO   WASHINGTON, DC

May 26, 2006

Gabriel D. O'Malley
617-951-7656
gabriel.o'malley@ropesgray.com

**Via Electronic Filing**

Magistrate Judge Robert B. Collings
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Carr v. Siemans Dematic Corp., et al.   Civil Action #: 05-CV-10445MLW

Dear Magistrate Judge Collings:

At the request of the Court, counsel for AMEC Construction Management, Inc. ("AMEC") and the Plaintiff have conferred on the issue of which of the Plaintiff's objections asserted in his Answers to AMEC's Interrogatories and AMEC's Requests for Production of documents will be waived.

As reflected in detailed correspondence between the parties, counsel have come to an agreement regarding the waiver of certain of the Plaintiff's objections. Specifically, the Plaintiff agrees to waive all objections except for those objections based on attorney/client privilege and/or the work product doctrine. Counsel for Plaintiff has furnished AMEC with a log setting forth his claims that certain documents are protected by the attorney/client privilege and/or the work product doctrine. Counsel for AMEC reserves its right to challenge these claims of privilege if the parties are not able to agree on the propriety of these assertions of privilege.

Sincerely,

Gabriel D. O'Malley

cc:   Daniel M. Suprenant, Esq.

10043362_1.DOC