UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN CARR,<br><br>           Plaintiff,<br><br>v.<br><br>SIEMENS DEMATIC CORP., et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-10445-RBC<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED-TO MOTION TO EXTEND THE TIME TO ANSWER PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendant Siemens Dematic Corp. ("Siemens") hereby respectfully submits this Assented-To Motion to Extend the Time to Answer Plaintiff's Motion to Compel Discovery. In support of this motion, Siemens states as follows:

(1) On January 4, 2007, Plaintiff moved the Court for an order compelling Siemens to produce documents and further F.R.C.P. 30(b)(6) testimony.

(2) Siemens is working diligently to respond to Plaintiff's motion.

(2) Plaintiff's counsel has assented to this motion for a short extension of time in which to respond to Plaintiff's motion.

## CONCLUSION

For the foregoing reasons, Siemens respectfully requests that the Court extend the date by which Siemens must respond to Plaintiff's Motion to Compel to and including January 24, 2007.

Respectfully Submitted,

Defendant
SIEMENS DEMATIC CORP.

By its attorneys,

/s/ Gabriel D. O'Malley
Matthew M. Burke (BBO # 557281)
Gabriel D. O'Malley (BBO # 651432)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Dated: January 16, 2007

10327516_1

-2-