UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN CARR )<br>    Plaintiff )<br> ) <br>v. )<br> )<br>SIEMENS DEMATIC CORP. )<br>AND AMEC CONSTRUCTION )<br>MANAGEMENT, INC. )<br>    Defendants ) | CIVIL ACTION NO: 05-10445MLW |

**PLAINTIFF'S STATUS REPORT PURSUANT TO ORDER OF THE COURT IN CONNECTION WITH PLAINTIFF'S FIRST MOTION TO COMPEL**

Pursuant to the Order issued by this Honorable Court, the Plaintiff, John Carr, states the following with respect to his First Motion to Compel Production of Documents and Further 30(b)(6) Testimony ("Motion to Compel") that was filed on or about January 4, 2007.

1.  Since the filing of the Motion to Compel, the Defendant, Siemens Dematic Corp. ("Siemens") has produced in its entirety the trade contract between Siemens and the Defendant, AMEC Construction Management, Inc. ("AMEC").

2.  Since the filing of the Motion to Compel, Siemens has also produced in its entirety its company Installation Safety Manual that was in effect as of the date of the accident that is the subject of this lawsuit.

3.  The deposition of Gary Clinkscales was noticed for Friday, February 16, 2007, at the Hyatt Regency Dallas located in Dallas, Texas. Therefore, the Plaintiff is operating under the assumption that Mr. Clinkscales is the Siemens employee with the most knowledge relative to the electrical and computer logic operations in and around the control room in the Logan Airport Terminal E as of February 19, 2003.

4.  It was the intention of the Plaintiff to file this document with this Honorable Court, on February 14, 2007. However, the document that was filed with this Honorable Court on February 14, 2007 was done so in error. As such, please allow the instant filing to represent the Plaintiff's Status Report pursuant to Order of the Court in connection with the Plaintiff's First Motion to Compel.

WHEREFORE, in accordance with the Order issued by this Honorable Court, the Plaintiff, John Carr, hereby states that, pending the deposition of Gary Clinkscales in Dallas,

Texas, the issues raised in Plaintiff's First Motion to Compel have been rendered moot.

                                                    Respectfully Submitted,
                                                    The Plaintiff, John Carr,
                                                    By his Attorney,

                                                    /s/ Brian C. Dever
                                                    Brian C. Dever- BBO# 544203
                                                    KECHES & MALLEN, P.C.
                                                    122 Dean Street
                                                    Taunton, MA   02780