# United States District Court
# District of Massachusetts

JOHN CARR,
    Plaintiff,

    V.                                CIVIL ACTION NO. 2005-10445-RBC

SIEMENS DEMATIC CORP.,
AMEX CONSTRUCTION
    MANAGEMENT, INC.,
    Defendants.

## *ORDER*
## *APPROVING THIRD PARTY SETTLEMENT*
## *PURSUANT TO M. G. L. c. 152, SECTION 15*

COLLINGS, U.S.M.J.

    The above-styled case was referred to me for trial and entry of judgment pursuant to 28 U.S.C. § 636(c); the matter is now before the Court for approval of a settlement which the above-designated parties have reached.

    A conference at which the petition was heard was held this date. Counsel for the plaintiff and the plaintiff were present; counsel for the defendants was

present.

The petition is signed by the plaintiff, plaintiff's counsel and counsel for the Workers' Compensation Insurer.

At the conference, the terms of the settlement were placed on the record. Counsel for both parties and Mr. Carr represented that the terms as stated were accurate. The undersigned personally questioned Mr. Carr in detail as to the terms of the settlement and his understanding of those terms.

I am familiar with the facts of this case. I find that Mr. Carr fully understands the terms of the settlement and is of the view that the settlement should be approved. Considering all the facts and circumstances of this case as they have become known to me, I am of the view that the settlement is a fair and equitable one. I find that the rights and interests of all parties have been fully protected.

It is ORDERED that the Plaintiff's Petition for Approval of Settlement of Plaintiff's Claims be, and the same hereby is, ALLOWED.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 31, 2007.