UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

JOHN CARR )
   Plaintiff )
)
) CIVIL ACTION NO: 05-10445MLW
)
)
SIEMENS DEMATIC CORP. )
AND AMEC CONSTRUCTION )
MANAGEMENT, INC. )
   Defendants )

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated between and among the parties that the above-captioned action be, and hereby is dismissed as to all claims, with prejudice, without costs, and without right of appeal. This stipulation of dismissal vests this Court with retained jurisdiction for purposes of enforcing the settlement agreement.

The Plaintiff,
John Carr,
By his Attorney,

Brian C. Dever
BBO#544203
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780
(508)-822-2000

The Defendants,
Siemens Dematic Corp. and
AMEC Construction Management, Inc.
By their attorney,

Gabriel O'Malley
BBO # 651432
Ropes & Gray
1 International Place
Boston, MA
(617) 951-7000